AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>**PATRICK BROWN** | )<br>)<br>)<br>)<br>)<br>) |

Case No.   2:24-cr-164   FID 11700148

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   PATRICK BROWN ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. 846 CONSPIRACY TO DISTRIBUTE AT LEAST 400 GRAMS OF FENTANYL, 5 KILOGRAMS OF COCAINE, 100 GRAMS OF HEROIN, AND A QUANTITY OF OXYCODONE

**RECEIVED**
By JD USMS W-PA Pittsburgh at 10:49 am, Jul 31, 2024

Connor Woods
Name of Issuing Officer

*Connor Woods*
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

07/30/2024          Pittsburgh
Date and Location

| Return | | |
|---|---|---|

This warrant was received on *(date)*   07/31/2024   , and the person was arrested on *(date)*   08/01/2024

at *(city and state)*   New Castle, PA   .

Date:   08/01/2024

*Arresting officer's signature*

FBI Special Agent Devin Campbell
*Printed name and title*